■ Kari Ann Full, Individually and as Permanent Guardian of Shane D. Full, Appellant, v Monroe County Sheriff's Department et al., Respondents, et al., Defendant. (Appeal No. 1.) [54 NYS3d 919]—Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), dated November 17, 2015. The order granted the motions of defendants-respondents for summary judgment and dismissed the complaint against defendants-respondents.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Full v Monroe County Sheriff's Dept.* ([appeal No. 3] 152 AD3d 1237 [2017]). Present—Whalen, P.J., DeJoseph, Curran and Winslow, JJ.